UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ELVIS PEDEN,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | No. 2:14-cv-0061-KJN<br><br>ORDER TO SHOW CAUSE |

On January 14, 2014, the court granted plaintiff's motion to proceed in forma pauperis, and the Clerk of Court served the court's order granting plaintiff's motion, the summons and other process documents, and the court's scheduling order on plaintiff by mail. (ECF Nos. 3-5.) The court's January 14, 2014 order stated, in part, that "[w]ithin fourteen (14) days from the date of this order, plaintiff shall submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order, and a completed USM-285 form, *and shall file a statement with the court that such documents have been submitted to the United States Marshal.*" (ECF No. 3 at 2) (emphasis in original). The United States Marshal was directed to then serve all process within sixty (60) days. (Id.)

The court's records indicate that plaintiff failed to file a statement with the court indicating that the required documents were submitted to the United States Marshal. Furthermore, the Commissioner has not yet appeared in the action. This strongly suggests that

1

plaintiff failed to submit the process documents to the United States Marshal in compliance with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff shall show cause in writing why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the court's order.
2. Alternatively, if plaintiff concludes that he does not wish to pursue the action at this juncture, he may instead file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
3. Failure to file a response to the order to show cause or a notice of voluntary dismissal without prejudice by the required deadline will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  June 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE