1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WESLEY ELVIS PEDEN,                           No.  2:14-cv-0061-KJN

12                    Plaintiff,

13            v.                                     ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                      Defendant.
16

17            On July 3, 2014, the court discharged its prior order to show cause, and granted plaintiff

18    an additional 28 days to both (a) submit the appropriate service documents to the United States

19    Marshal for service of process and (b) file a brief statement with the court indicating that such

20    documents had been submitted to the United States Marshal.  (ECF No. 8.)  Plaintiff was also

21    granted an additional 28 days to file a brief statement indicating whether or not he consents to the

22    jurisdiction of the undersigned for all purposes pursuant to 28 U.S.C. § 636(c).  (Id.)[1]

23            Although that deadline has now passed, plaintiff failed to file a statement indicating that

24    the service documents had been submitted to the United States Marshal, and failed to file a

25    statement regarding consent or decline to the magistrate judge's jurisdiction.

26    ////

27    _____

28    [1] See Order dated July 3, 2014, ECF No. 8 for the specific provisions of that order, along with the
      court's discussion and explanation, which are not repeated here.

                                                      1

1   On July 22, 2014, plaintiff did file a motion for summary judgment.  (ECF No. 9.)

2   However, that motion is premature, because as the court has previously explained to plaintiff, the

3   action cannot move forward until the Commissioner has been served with process.  Written

4   briefing concerning the merits only commences once the Commissioner has appeared and has

5   filed the administrative transcript with the applicable medical records and other evidence.  (See

6   Scheduling Order, ECF No. 5.)  Therefore, the court denies plaintiff's motion for summary

7   judgment, but without prejudice to refiling at the appropriate time.

8   Given plaintiff's multiple failures to date, the court could have considered dismissing the

9   action at this time.  However, in light of plaintiff's *pro se* status and the court's desire to resolve

10  plaintiff's claims on the merits, the court will grant plaintiff one final opportunity to comply with

11  the court's prior orders and effectuate service of process.

12  Accordingly, IT IS HEREBY ORDERED that:

13  1.  No later than **August 28, 2014**, plaintiff shall BOTH (a) submit to the United States

14      Marshal an original and five copies of the completed summons, five copies of the

15      complaint, five copies of the scheduling order, and a completed USM-285 form AND

16      (b) file a brief statement with the court indicating that such documents have been

17      submitted to the United States Marshal.[2]

18  2.  No later than **August 28, 2014**, plaintiff shall file a brief statement indicating whether

19      or not he consents to the jurisdiction of a United States Magistrate Judge for all

20      purposes pursuant to 28 U.S.C. § 636(c).

21  3.  If plaintiff fails to file the above-mentioned documents by the required deadline, he

22      shall personally appear on **Thursday, September 4, 2014, at 10:00 a.m., in**

23      **Courtroom No. 25** before the undersigned to show cause why the action should not

24      be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  *Failure to personally*

25      *appear at the show cause hearing will result in dismissal of the action pursuant to*

26      *Federal Rule of Civil Procedure 41(b).*  However, if plaintiff files the above-

27

28  [2] The United States Marshal is located in the federal courthouse at 501 I Street, Sacramento, CA 95814, and can be contacted at (916) 930-2030.

1    mentioned documents by the required deadline, the show cause hearing shall be

2    automatically vacated and plaintiff then need not appear.

3    4.   Plaintiff's motion for summary judgment (ECF No. 9) is denied without prejudice as

4    premature.

5    5.   Along with this order, the Clerk of Court shall serve on plaintiff copies of the

6    following documents: the service and process documents previously issued on January

7    14, 2014 (ECF Nos. 3, 4, 5, 5-1, 5-2) and the court's prior July 3, 2014 order (ECF

8    No. 8).

9    IT IS SO ORDERED.

10   Dated:  August 12, 2014

11

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3