UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ELVIS PEDEN, | No. 2:14-cv-0061-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Wesley Elvis Peden, proceeding without counsel and *in forma pauperis*, commenced this social security action on January 10, 2014. (ECF No. 1.) On September 5, 2014, the court issued an order which directed plaintiff to pay the Clerk of Court $100.00 in monetary sanctions based on his failure to comply with court orders and failure to appear at a court-ordered hearing. (ECF No. 15.)[1] The order also directed plaintiff to show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with court orders and failure to appear at a court-ordered hearing. (Id.) The order set a deadline of September 19, 2014 to pay the monetary sanctions and file a response to the order to show cause. (Id.) In imposing the minimal monetary sanctions of $100.00 at issue, the court reasoned as follows:

---

[1] The details regarding plaintiff's previous failures are outlined in the court's September 5, 2014 order and need not be repeated here. (See ECF No. 15.)

1

> In light of plaintiff's numerous failures, the court has considered whether the case should presently be dismissed pursuant to Federal Rule of Civil Procedure 41(b). However, given the court's desire to resolve the action on its merits, and because plaintiff has apparently now at least submitted the documents to the U.S. Marshal, the court finds that lesser monetary sanctions are more appropriate at this juncture. In imposing monetary sanctions, the court is cognizant of the fact that plaintiff is proceeding *in forma pauperis*. For that reason, the court first issued several instructional orders and granted plaintiff multiple extensions to avoid the imposition of sanctions. Nevertheless, at this point, it appears that sanctions are necessary to encourage plaintiff to take the court's rules, orders, and deadlines seriously. Given plaintiff's *in forma pauperis* status, however, the amount of monetary sanctions imposed will be minimal.

(Id. at 3-4.)

Although the September 19, 2014 deadline has now long passed, plaintiff failed to pay the $100.00 in monetary sanctions imposed. However, on September 17, 2014, plaintiff filed what can liberally be construed as responses to the court's order to show cause. (ECF Nos. 16, 17.) Plaintiff's filings largely accuse the Commissioner of perjury, fraud, and criminal offenses, and do not address plaintiff's own failure to comply with court orders and failure to appear at a court-ordered hearing. Plaintiff also objects to the monetary sanctions imposed on the basis that he has no income.

The court declines to vacate the order imposing monetary sanctions. Monetary sanctions were imposed only after the court, in light of plaintiff's *pro se* status, issued several instructional orders, granted multiple extensions, and scheduled a court hearing to personally discuss plaintiff's obligations with him, which plaintiff then failed to attend without any notice to the court. Furthermore, fully cognizant of plaintiff's *in forma pauperis* status, the court only imposed minimal monetary sanctions of $100.00 in an attempt to avoid the otherwise harsh sanction of dismissal. Moreover, plaintiff's responses to the order to show cause did not even attempt to meaningfully address plaintiff's previous failures.

Nevertheless, in a final attempt to both avoid dismissal and accommodate plaintiff's financial status, the court will permit plaintiff to pay the monetary sanctions in installments of $20.00, with $20.00 to be paid to the Clerk of Court on each of the following dates: November 3, 2014; December 3, 2014; January 5, 2015; February 5, 2015; and March 5, 2015. Failure to

timely make any of these individual installment payments will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections to the order imposing monetary sanctions are overruled.
2. The court's September 5, 2014 order is modified so as to permit plaintiff to pay the total amount of $100.00 in monetary sanctions imposed in installments of $20.00, with $20.00 to be paid to the Clerk of Court on each of the following dates: **November 3, 2014; December 3, 2014; January 5, 2015; February 5, 2015; and March 5, 2015.**
3. Failure to timely make any of the individual installment payments will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: October 14, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE